AO 91 (rev.11/11) Criminal Complaint          AUTHORIZED AND APPROVED DATE:BH 8/6/2025

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

United States of America  )
                          )
v.                        )
                          )   Case No: M-25-466-ALM
Julio Giron-Ramirez,      )
  a/k/a Jose Fraga Hernandez,  )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 3, 2025, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a) and (b) | Assaulting, Resisting, or Impeding a Federal Officer |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Scott Muncaster, Homeland Security Investigations, Immigration and Customs Enforcement, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

*Complainant's signature*

Scott Muncaster
Special Agent
Homeland Security Investigations
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to before me and signed in my presence.

Date: 8/7/2025

*Judge's signature*

City and State: Oklahoma City, Oklahoma

AMANDA L. MAXFIELD, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA         )
                          )
COUNTY OF OKLAHOMA        )

## AFFIDAVIT

I, Scott Muncaster, a Special Agent (SA) with Homeland Security Investigations (HSI), having been duly sworn, depose and state the following:

1. This Affidavit is submitted in support of an application by the United States of America for a complaint against Julio **GIRON-Ramirez** for violation of 18 U.S.C. § 111(a) and (b) (Assaulting, Resisting, or Impeding a Federal Officer with a Dangerous Weapon).

2. My knowledge of the facts and circumstances alleged in this Affidavit come from my training and experience, my participation in this investigation, and my conversations with other law enforcement officers involved in this investigation. Because this Affidavit is submitted for the limited purpose of establishing probable cause to secure a complaint as described herein, it does not include every fact known to me concerning the investigation.

3. I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been employed as a Special Agent since May 2017, and I am presently assigned to

the HSI office in Oklahoma City, Oklahoma (hereinafter referred to as HSI Oklahoma City). As a Special Agent, I am authorized to conduct criminal investigations of violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. I am a graduate of the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations (HSI), Special Agent Training (SAT) located at the Federal Law Enforcement Training Center in Glynco, Georgia. There, I received specialized training to include but not limited to the following federal criminal investigations: human smuggling/trafficking, drug smuggling, money laundering, child exploitation, and criminal and administrative violations of U.S. immigration law. Prior to becoming an HSI Special Agent, I was employed as a United States Border Patrol Agent, in Tucson, Arizona, from July 2006 to May 2017.

## BACKGROUND FACTS

5. On August 3, 2025, HSI Oklahoma City was notified by U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Detention and Deportation Officers (DO), assigned to ICE/ERO Oklahoma City Fugitive Operations (hereinafter referred to as FUGOPS), that one of their unmarked government vehicles (GOV), which was being driven by an ICE DO with the initials C.A., had been rammed by another vehicle, driven by a suspected ICE fugitive alien, during the course of an attempted

2

vehicular traffic stop in the vicinity of NW 28th Street and Kentucky Avenue in Oklahoma City, Oklahoma, in the Western District of Oklahoma.

6. At approximately 9:15 A.M., on that same date, FUGOPS DO C.A., along with other members of the FUGOPS team, were conducting surveillance of 5001 NW 10th Street, Oklahoma City, Oklahoma (**TARGET ADDRESS**), in the Western District of Oklahoma. The **TARGET ADDRESS** had been previously identified by ICE/ERO Oklahoma City, via investigative means, to be associated to known ICE fugitive G.J. A male subject, matching the physical description of G.J. and later identified as **GIRON-Ramirez**, was observed exiting the **TARGET ADDRESS** and entering the driver's seat of a black Honda Civic sedan (OK #KXU-948) registered to G.J.

7. The black Honda Civic departed the TARGET ADDRESS and was followed away by DO C.A. and FUGOPS. A short time later, DO C.A. and FUGOPS attempted to conduct a traffic stop on the black Honda Civic by activating the emergency equipment (red/blue lights and sirens) on their unmarked GOVs. In doing so, **GIRON-Ramirez** failed to yield and sped away from DO C.A. and FUGOPS. DO C.A. and FUGOPS terminated the attempted traffic stop by turning off the emergency equipment on their GOVs and continued to follow and observe the black Honda Civic's direction of travel.

8. DO C.A. and FUGOPS followed the black Honda Civic to the vicinity of NW 28th Street and Kentucky Avenue, Oklahoma City, Oklahoma. There DO C.A. and FUGOPS again attempted to conduct a traffic stop on the black Honda Civic by re-

3

activating their emergency equipment. This time DO C.A., in his GOV with emergency equipment activated, approached the black Honda Civic from the front along with one other FUGOPS vehicle, while a third FUGOPS GOV approached the black Honda Civic from the rear of the vehicle. In doing so, **GIRON-Ramirez** rammed the black Honda Civic into the front end of DO C.A.'s GOV, causing front end damage to DO C.A.'s GOV and front driver's side damage to the black Honda Civic. DO C.A. was inside his GOV when the black HONDA CIVIC rammed the GOV being driving by ICE DO C.A.

9. DO C.A., wearing fully marked ICE/ERO body armor, exited the driver's side of his GOV, drew his government issued firearm and began loudly issuing verbal commands to identifying himself as law enforcement and for **GIRON-Ramirez** to stop the black Honda Civic. **GIRON-Ramirez** looked at DO C.A. and accelerated away from the attempted traffic stop. A short time later, the black Honda Civic was observed stopping near the vicinity of NW 28th Street and Virgina Avenue and **GIRON-Ramirez** absconded on foot from the vehicle. The **GIRON-Ramirez** ran to a wooded area and forced entry into an unassociated residence at 1926 NW 28th Street, Oklahoma City, Oklahoma. A short time later, assisted by the Oklahoma City Police Department, DO C.A. and FUGOPS made law enforcement contact at the residence and took **GIRON-Ramirez** into custody.

10. While in ICE/ERO custody, **GIRON-Ramirez** was determined to be a citizen/national of Guatemala who last entered the United States at an unknown place and

4

time and did not possess any U.S. immigration documents allowing him to enter in, pass through, or remain in the United States legally.

11.  GIRON-Ramirez was transported to the Oklahoma County Adult Detention Center (OKCO) by the Oklahoma City Police Department for violations of Oklahoma state law concerning Burglary, Eluding a Police Officer and Assault and Battery with a Dangerous Weapon.  When booked into the OKCO, GIRON-Ramirez was booked under the name Jose FRAGA-Hernandez due to an as of yet determined intake error.

12.  Based on the facts set forth in the Affidavit, I believe that there is probable cause to believe that on August 3, 2025, in the Western District of Oklahoma, **GIRON-Ramirez** assaulted, resisted, or impeded DO C.A. while he was conducting his official duties, in violation of 18 U.S.C. § 111(a) and (b).  I further request a warrant be issued for their arrest on this charge.

Scott Muncaster
Special Agent
Homeland Security Investigations
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to and subscribed before me on August 7th, 2025.

AMANDA MAXFIELD
United States Magistrate Judge

5