# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** Aug 12, 2025  **CASE:** MJ-25-466-ALM

**Start Time:** 3:06 p.m.  **End Time:** 3:13 p.m.  **COURTROOM:** 102

**MAGISTRATE JUDGE AMANDA MAXFIELD**  **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. Julio Giron-Ramirez a/k/a Jose Fraga Hernandez**

Defendant States true and correct name as: Julio Emelio Giron Ramirez  **AGE:** 26

**Government Cnsl:** Jordan Ganz  **Defendant Cnsl:** J.P. Hill

**U.S. Probation Officer:** Cadence Davis  Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel  **Interpreter:** Rita Lyons

☒ Defendant advised of his / her right of consular notification, N/A

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Government recommends defendant be released on _____

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government _____

    ☐ Upon motion of the Government and request for continuance by _____

    ☐ Detention Hearing is set for _____

☒ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

☒ Defendant informed of his / her right to a preliminary hearing.

    ☒ Preliminary hearing waived. Written waiver entered.

    ☐ Preliminary hearing set for _____

    ☐ Preliminary and detention hearing set for _____

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☒ Defendant remanded to the custody of U.S. Marshal.