# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**JULIO GIRON-RAMIREZ,** )<br>  a/k/a Jose Fraga Hernandez, )<br>)<br>**Defendant.** ) | No. M-25-466-ALM |

## MOTION TO DISMISS

In the interest of justice pursuant to Federal Rule of Criminal Procedure 48(a), the United States respectfully moves the Court to dismiss the criminal complaint against Mr. Giron-Ramirez that was filed on August 7, 2025. The United States further requests that the criminal complaint be dismissed without prejudice.

                                                                      Respectfully submitted,

                                                                      ROBERT J. TROESTER
                                                                      United States Attorney

                                                                      s/*BRANDON HALE*
                                                                      Assistant U.S. Attorney
                                                                      Bar Number: 19819
                                                                      210 Park Avenue, Suite 400
                                                                      Oklahoma City, Oklahoma 73102
                                                                      (405) 553-8700 (Office)
                                                                      (405) 553-8888 (Fax)
                                                                      brandon.hale@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on September 2, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  J.P. Hill.

    s/*BRANDON HALE*
    Assistant U.S. Attorney