IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. M-25-466-ALM |
| ) | |
| JULIO GIRON-RAMIREZ, ) | |
| a/k/a Jose Fraga Hernandez, ) | |
| ) | |
| Defendant. ) | |

## ORDER TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss the Complaint in this matter without prejudice as to Defendant Julio Giron-Ramirez in the interest of justice. Based on the motion, the Court provides leave of court for dismissal of the Complaint pursuant to Rule 48(a). The Complaint filed on August 7, 2025, is hereby DISMISSED without prejudice.

Signed this 3d day of September 2025.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE